IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STEPHANIE SMITH

v.                                    FILED NO. 11-2593

NCO FINANCIAL SYSTEMS, INC.

JUN 3 0 2011

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

JUDGMENT

BEFORE GOLDBERG, J.

AND NOW, to wit, this 30th day of June, 2011, It is ORDERED that in accordance with NCO FINANCIAL SYSTEMS, INC.'S offer of judgment and plaintiffs acceptance pursuant to F.R.C.P. 68, judgment is entered in favor of plaintiff and against NCO FINANCIAL SYSTEMS, INC. in the amount of $1,000.00 together with interest and costs.

BY THE COURT:

ATTEST:

*Richard Salp*
Deputy Clerk

judg